FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 17 2006 ★
BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1596 |
| This document relates to: | Case No. 1:04-CV-02315-JBW |
| CHARLIE JACKSON, Plaintiff, v. ELI LILLY AND COMPANY, Defendant. | STIPULATION OF DISMISSAL WITH PREDJUDICE |

Pursuant to FRCP 41(a)(1)(ii), all parties herein, through their designated counsel, hereby stipulate that the above captioned action is hereby dismissed with prejudice and with each party to bear their own costs.

Dated: 10/2/2006    By: _____
Joe R. Whatley, Jr., Esquire
WHATLEY DRAKE, L.L.C.
2323 2ND Avenue North
Birmingham, AL 35203
(205) 328-9576

ATTORNEYS FOR PLAINTIFF

Dated: 10/3/2006    By: _____
George Lehner, Esquire
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

ATTORNEYS FOR DEFENDANT

*close the case*
*JW 10/5/06*